BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SABRI SAEED,<br>BALTAZAR LUGO, AND<br>ALBERTO INFANTE,<br><br>        Defendant. | CASE NO. 1:02CR5288 AWI<br><br>MOTION TO DISMISS AND RECALL ARREST WARRANTS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves to dismiss the charges against the above-named defendants and recall the arrest warrants that issued in this twelve year old matter.

Dated: February 26, 2014                BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ KAREN A. ESCOBAR
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   February 27, 2014              _____
                                         SENIOR DISTRICT JUDGE